FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 17 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

08-CV-00885-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT LEE WAFER, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C08-0885-JLR |
| ) | |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| DEBORAH NANSON, et al., ) | |
| ) | |
| Defendants. ) | |

The Court, having reviewed plaintiff's Second Amended Complaint in this 42 U.S.C. § 1983 civil rights action, defendants' Motion for Summary Judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation;

2) Defendants' Motions for Summary Judgment (Dkt. 28, 30) are GRANTED and Plaintiff's Second Amended Complaint (Dkt. 13) is DISMISSED with prejudice;

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

The Clerk is directed to send a copy of this Order to the parties and Magistrate Judge Tsuchida.

DATED this 17th day of Feb., 2009.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL – 1